## STATE OF CONNECTICUT *v.* DEREK RICHARD BEEBE

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 485 (AC 31585), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided January 12, 2012

## EDMUND H. LOHNES *v.* HOSPITAL OF SAINT RAPHAEL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 132 Conn. App. 68 (AC 32170), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Albert J. Oneto IV,* in support of the petition.

*Frederick J. Trotta, Eric J. Stockman* and *Vimala B. Ruszkowski,* in opposition.

Decided January 12, 2012